```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09 MJ 00242 DAD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER REGARDING** |
| v. ) | **CONDITIONS OF PRETRIAL RELEASE** |
| ) | |
| JOSEPH HATFIELD ) | |
| ) | |
| Defendant. ) | |

The parties agree to the following terms and conditions of supervised release :

**Conditions of Release**

**Re: Hatfield, Joseph**

**Doc. No.: 2:09-MJ-0242-DAD**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern and Northern Districts of California and you may not ravel outside of these areas without the

1 | prior consent of the pretrial services officer;
2 | 4. You shall not possess a firearm, destructive device, or other
3 | dangerous weapon;  additionally, you shall provide written proof of
4 | divestment of all firearms currently under your control;
5 | 5. You shall not apply for any passports or travel documents during the
6 | pendency of this case;
7 | 6. You shall reside at a location approved by the pretrial services
8 | officer and you shall not move or absent yourself from this residence
9 | for more than 24 hours without the prior approval of Pretrial
10 | Services;
11 | 7. You shall report any contact with law enforcement to Pretrial Services
12 | within 24 hours;
13 | 8. You shall only use your true name and personal identifiers, and you
14 | shall not use any other names, dates of birth or social security
15 | numbers;
16 | 9. You shall submit to DNA testing as directed by the United States
17 | Attorney's Office;
18 | 10 You shall submit to drug or alcohol testing as approved by the
19 | Pretrial Services Officer;
20 | 11. You shall seek and/or maintain employment and provide proof of same as
21 | requested by your pretrial services officer;
22 | 12. You shall not hold any employment positions which include fiduciary
23 | responsibility; and
24 | ///
25 | ///
26 | ///
27 | ///
28 |

13. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

**IT IS SO STIPULATED.**

Dated: 09/25/09                     LAWRENCE G. BROWN
                                    United States Attorney


                                     /s/ Robin R. Taylor
                                    ROBIN R. TAYLOR
                                    Assistant United States Attorney


Dated: 09/25/09                      /s/ Timoth Zindel
                                    TIMOTHY ZINDEL
                                    Counsel for Defendant


**IT IS SO ORDERED. The Clerk shall serve Pretrial Services with this order.**

Dated: September 30, 2009
                                     /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE


hatfield.ord

3