DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-MJ-00242 DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND |
| ) | TIME FOR PRELIMINARY  EXAMINATION |
| v. ) | AND EXCLUDE TIME |
| ) | |
| JOSEPH HATFIELD, ) | |
| ) | Date: October 23, 2009 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: Kimberly J. Mueller |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant JOSEPH HATFIELD that the preliminary examination, currently set for October 16, 2009, be continued until October 23, 2009, at 2:00 p.m.

   This continuance is requested because Attorney Robin Taylor will not be available as she will be traveling away from the office.  Mr. Hatfield and the government have therefore agreed to extend time for the preliminary examination until October 23, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties also agree that the time within which

indictment must be filed may be extended to October 23, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Dated: October 9, 2009                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Lexi Negin*
                                      _____
                                      LEXI NEGIN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOSEPH HATFIELD

Dated: October 9, 2009                LAWRENCE G. BROWN
                                      United States Attorney

                                      */s/ Robin Taylor*
                                      _____
                                      ROBIN TAYLOR
                                      Assistant U.S. Attorney
                                      per telephonic authority

**O R D E R**

IT IS SO ORDERED.

DATED: October 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/hatfield0242.stipord

Stip & Order                          2