DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH HATFIELD, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-S-09-449 JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING <br><br> Date:  February 23, 2010 <br> Time:  9:30 a.m. <br> Judge: John A. Mendez |

IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant JOSEPH HATFIELD that the Status Conference hearing date of January 26, 2010, be vacated and a new Status Conference hearing date of February 23, 2010, be set.

This continuance is requested because the parties are in ongoing discussions towards resolving the case and the defense needs time to review voluminous discovery.  In addition, the parties stipulate that the time period from January 26, 2010, to February 23, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 20, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| ROBIN TAYLOR<br>Assistant U.S. Attorney<br>Attorney for the United States | LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Joseph Hatfield |

Stip & Order                   1

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-449 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| JOSEPH HATFIELD, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on January 20, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for January 26, 2010, be vacated and that the case be set for **Tuesday, February 23, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 20, 2010 stipulation, the time under the Speedy Trial Act is excluded from January 26, 2010, through February 23, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 20, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stip & Order                                  2