DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, #250376
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JOSEPH HATFIELD, </br></br> Defendant. </br> _____ | No. CR-S-09-449 JAM </br></br> STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |

     Joseph Hatfield, by and through his attorney, Lexi Negin, and the United States of America, by and through its counsel, Robin Taylor, and Pretrial Services Officer Taifa Gaskins, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

     *The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer.  Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.*

     Accordingly, all parties and Mr. Hatfield agree with the above modification.

| | |
|---|---|
| 1  | Dated: February 2, 2010 |
| 2  | Respectfully submitted, |
| 3  | DANIEL J. BRODERICK<br>Federal Defender |
| 4  | |
| 5  | /s/ Lexi Negin |
| 6  | LEXI NEGIN<br>Attorney for Joseph Hatfield |
| 7  | |
| 8  | /s/  Robin Taylor |
| 9  | ROBIN TAYLOR<br>Assistant United States Attorney |
| 10 | |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | 02/02/2010    /s/ John A. Mendez<br>Date             John A. Mendez<br>                 U.S. District Court Judge |

-2-