DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-449 JAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME |
| v. | |
| JOSEPH HATFIELD, | Date:  April 20, 2010 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: John A. Mendez |

This case is currently scheduled for status conference on March 23, 2010.  The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of April 20, 2010, at 9:30  a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from March 23, 2010, through and including April 20, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

1

1 | A proposed order is attached and lodged separately for the court's convenience.

DATED: March 19, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for<br>ROBIN TAYLOR<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Joseph Hatfield |

1

|   |   |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   CASE NO. CR-S-09-449 JAM
                                    )
                Plaintiff,          )
                                    )
        v.                          )   ORDER TO VACATE STATUS HEARING
                                    )   AND TO SET CHANGE OF PLEA HEARING
                                    )   AND TO EXCLUDE TIME
JOSEPH HATFIELD,                    )
                                    )
                Defendant.          )
_____)

For the reasons set forth in the stipulation of the parties, filed on March 19, 2010,  IT IS HEREBY ORDERED that the status conference currently scheduled for March 23, 2010,  be vacated and that the case be set for change of plea on **Tuesday, April 20, 2010, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 19, 2010 stipulation, the time under the Speedy Trial Act is excluded from March 23, 2010, through April 20, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 19, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2