DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH HATFIELD,<br><br>            Defendant. | CASE NO. CR-S-09-449 JAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

    This case is currently scheduled for a change of plea hearing on June 8, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for further defense investigation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for June 8, 2010, be continued until June 29, 2010.  In addition, the parties stipulate that the time period from June 8, 2010, to June 29, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1 | A proposed order is attached and lodged separately for the court's convenience.

3 | DATED: June 7, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  
ROBIN TAYLOR  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Joseph Hatfield

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-449 JAM |
| Plaintiff, | |
| v. | ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH HATFIELD, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on June 7, 2010, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for June 8, 2010, be vacated and that the case be set for **Tuesday, June 29, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 7, 2010 stipulation, the time under the Speedy Trial Act is excluded from June 8, 2010, through June 29, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 7, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE