```
 1   DANIEL J. BRODERICK, Bar #89424
     Federal Defender
 2   Lexi Negin, Bar #250376
     Assistant Federal Defender
 3   801 I Street, 3rd. Floor
     Sacramento, California  95814
 4   Telephone: (916) 498-5700

 5   Attorney for Defendant
     JOSEPH HATFIELD
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   CASE NO. CR-S-09-449 JAM
                                    )
12              Plaintiff,          )
                                    )   STIPULATION AND ORDER TO CONTINUE
13        v.                        )   CHANGE OF PLEA HEARING AND TO
                                    )   EXCLUDE TIME PURSUANT TO THE
14                                  )   SPEEDY TRIAL ACT
     JOSEPH HATFIELD,               )
15                                  )
                Defendant.          )
16   _____)
```

17       This case is currently scheduled for a change of plea hearing on June 29, 2010. The attorneys for

18  both parties have conferred and agree that additional time is needed for further defense investigation and

19  meetings between the parties with the goal being to resolve the case by way of a disposition.

20       The parties, through their respective counsel, hereby stipulate and agree that the change of plea

21  hearing scheduled in this case for June 29, 2010, be continued until July 20, 2010. In addition, the parties

22  stipulate that the time period from June 29, 2010, to July 20, 2010, be excluded under the Speedy Trial Act

23  (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the

24  reasonable time to prepare.

25  ///

26  ///

27  ///

28

                                          1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 25, 2010

                Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| ROBIN TAYLOR | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Joseph Hatfield |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-449 JAM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH HATFIELD, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on June 25, 2010, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for June 29, 2010, be vacated and that the case be set for **Tuesday, July 20, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 25, 2010 stipulation, the time under the Speedy Trial Act is excluded from June 29, 2010, through July 20, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 25, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2