DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HATFIELD, <br><br> Defendant. | CASE NO. CR-S-09-449 JAM <br><br> STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

This case is currently scheduled for a change of plea hearing on July 20, 2010. The attorneys for both parties have conferred and agree that additional time is needed for further defense investigation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for July 20, 2010, be continued until August 24, 2010. In addition, the parties stipulate that the time period from July 20, 2010, to August 24, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: July 19, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| | |
| */s/ Lexi Negin for*<br>ROBIN TAYLOR<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Joseph Hatfield |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-449 JAM |
| Plaintiff, | |
| v. | ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH HATFIELD, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on July 19, 2010, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for July 20, 2010, be vacated and that the case be set for **Tuesday, August 24, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 19, 2010 stipulation, the time under the Speedy Trial Act is excluded from July 20, 2010, through August 24, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 19, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2