DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH HATFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-449 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH HATFIELD, | |
| Defendant. | |

This case is currently scheduled for a change of plea hearing on September 28, 2010. The attorneys for both parties have conferred and agree that additional time is needed for further defense investigation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for September 28, 2010, be continued until November 2, 2010. In addition, the parties stipulate that the time period from September 28, 2010, to November 2, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:  September 23, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| ROBIN TAYLOR | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Joseph Hatfield |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-449 JAM |
| Plaintiff, ) | ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME |
| v. ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH HATFIELD, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on September 23, 2010, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for September 28, 2010, be vacated and that the case be set for **Tuesday, November 2, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2010 stipulation, the time under the Speedy Trial Act is excluded from September 28, 2010, through November 2, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 23, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2