BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-00449-JAM |
| Plaintiff, | |
| v. | STIPULATION TO ADOPT RESTITUTION MEMORANDUM |
| JOSEPH HATFIELD | |
| Defendant. | |

    This matter is scheduled for a Restitution Hearing on June 7, 2011.

    The parties have received a Restitution Memorandum prepared by the United States Probation Office dated June 2, 2011, which sets out proposed restitution in the amount of $30,255.33 and allocates that restitution among eight victim banks.

    The parties, through Assistant United States Attorney Morris and Assistant Federal Defender Negin, have conferred and do not object to the findings and recommendations contained in the restitution memorandum.

    The parties stipulate to the memorandum, and would request that the Court vacate the Restitution Hearing calendared for June

7, 2011, and adopt the findings of the Restitution Memorandum and incorporate its contents as a part of the judgment and sentence in this case.

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Date: June 2, 2011                 /s/ Matthew G. Morris
                                  By: MATTHEW G. MORRIS
                                  Assistant United States Attorney

```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH HATFIELD ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:09-cr-00449-JAM <br><br><br> ORDER ADOPTING RESTITUTION <br> MEMORANDUM |

For the reasons set forth in the stipulation by the parties, the Court adopts the findings of the Restitution Memorandum prepared by the United States Probation Office in this matter and incorporates the Restitution Memorandum into its judgment and sentence entered on March 15, 2011. The Restitution Hearing calendared for June 7, 2011 is vacated.

Date: 6/3/2011                    /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE

3